# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-2488
LT Case No. 16-2011-CF-12078-A

—————————————————

CHARLES T. NELSON,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

—————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charles T. Nelson, Madison, pro se.

James Uthmeier, Attorney General Tallahassee, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

October 3, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the April 24, 2024 order denying defendant's motion to correct illegal sentence rendered in Case No. 16-2011-CF-12078-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————